WILLIAM De LORENZO, PLAINTIFF-PETITIONER, v. CITY OF HACKENSACK, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 15 *N. J. Super.* 341.

*Mr. William De Lorenzo, pro se,* for the petitioner.

*Messrs. Chandless, Weller, Kramer & Frank,* for the respondents.

October 15, 1951. Granted.

CHARLES RETI, PLAINTIFF-PETITIONER, v. VANISKA, INC., ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 14 *N. J. Super.* 94.

*Mr. Jacob E. Max* and *Mr. Bernard Chazen,* for the petitioner.

*Messrs. Cox & Walburg,* for the respondents.

October 8, 1951. Denied.